FILED
APR - 4 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. W19-U5UM |
| Plaintiff, | **INFORMATION** |
| v. | [Count One: 18 U.S.C. §§ 1349 and 1382 – Attempt to Commit Unlawful Entry] |
| BRYAN SOMMERS, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 1382]

On or about February 25, 2019, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

BRYAN SOMMERS,

did attempt to enter the Fort Hood military reservation after being ordered not to re-enter by an officer or person in command or charge of the Fort Hood military reservation, in violation of Title 18, United States Code, Section 1382.

JOHN F. BASH
United States Attorney

By: _____
DAVID C. MANGAN
Special Assistant U. S. Attorney